

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00441-CV

T & T SUBSEA, LLC, Appellant

V.

CHAD W. WORRALL AND THOMAS ROYSTON, Appellees

Appeal from the 127th Judicial District Court of Harris County.
(Tr. Ct. No. 2013-42192-A).

This case is an appeal from the amended final judgment signed by the trial court on April 17, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal and request that all costs be assessed against the party incurring the same. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the party incurring the same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 27, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.